**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Alex J. Maturani, a married man, )<br>　　　　Plaintiff, )<br>v. )<br>Exhibit Fair International, Inc., a Nevada )<br>corporation, )<br>　　　　Defendant. )<br>_____ )<br>Exhibit Fair International Inc., a Nevada )<br>corporation, )<br>　　　　Counterclaimant, )<br>v. )<br>Alex J. Maturani and Tina L. Maturani, )<br>hsuband and wife, )<br>　　　　Counterdefendants. )<br>_____ ) | No. CV-08-01258-PHX-SRB<br><br>**ORDER** |

At the request of defense/counterclaimant's counsel on behalf of all counsel, a new date and time for the settlement conference in this matter has been requested. Agreeable dates were given to the Court from defense/counterclaimant's counsel's office stating these dates were agreeable for all parties ordered to appear in the undersigned's previous Settlement Conference Order issued September 26, 2008.

1 **IT IS ORDERED** resetting the Settlement Conference in this matter from December 2, 2008 at 2:00 p.m. to **Tuesday, December 16, 2008 at 2:00 p.m.**

**IT IS FURTHER ORDERED affirming** all other orders contained in the undersigned's Settlement Conference Order, docket #24, except for the date and time of said conference.

DATED this 14th day of October, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge